**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

PRANA LIVING, LLC,

      Plaintiff(s),

vs.

IVIVVA USA INC., IVIVVA ATHLETIC CANADA INC., et al.,

      Defendant(s).

Case #2:15-cv-00274-GMN-PAL

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $250.00

    ANTHONY M. STIEGLER, Petitioner, respectfully represents to the Court:
(name of petitioner)

1. That Petitioner is an attorney at law and a member of the law firm of

COOLEY LLP
(firm name)

with offices at 4401 Eastgate Mall,
(street address)

San Diego, California, 92121,
(city) (state) (zip code)

(858) 550-6000, astiegler@cooley.com.
(area code + telephone number) (Email address)

2. That Petitioner has been retained personally or as a member of the law firm by

PRANA LIVING, LLC to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 1/15

3. That since \_\_\_\_October 1986\_\_\_\_, Petitioner has been and presently is a
(date)
member in good standing of the bar of the highest Court of the State of \_\_\_\_California\_\_\_\_
(state)
where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| All California State Courts | 12/16/1986 | 126414 |
| U.S. Court of Appeals, Ninth Circuit | 1/19/1989 | 126414 |
| U.S. District Court, Central District of California | 3/22/1993 | 126414 |
| U.S. District Court, Eastern District of California | 3/22/1993 | 126414 |
| U.S. District Court, Northern District of California | 3/22/1993 | 126414 |
| U.S. District Court, Southern District of California | 12/16/1986 | 126414 |
| Supreme Judicial Court of California | 12/15/1986 | 126414 |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

(State "none" if Petitioner has no disciplinary proceedings, etc.) None

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

> (State "none" if Petitioner has never been denied admission.) None

7. That Petitioner is a member of good standing in the following Bar Associations.

> (State "none" if Petitioner is not a member of other Bar Associations.) American Bar Association, California Bar Association, American Intellectual Property Law Association, Association of Business Trial Lawyers, Federal Bar Association, San Diego County Bar Association

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 10-2 during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| None | | | |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

Rev. 1/15

1  That Petitioner respectfully prays that Petitioner be admitted to practice before this Court
2  FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF ___California___ )
COUNTY OF ___San Diego___ )

___ANTHONY M. STIEGLER___, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

__19th__ day of __February__, 2015.

_____
Notary Public or Clerk of Court

RULA E. LOPEZ
Commission # 1972885
Notary Public - California
San Diego County
My Comm. Expires Mar 22, 2016

## DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate ___Michael N. Feder___,
(name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

___3960 Howard Hughes Pkwy., 9th Floor___,
(street address)

___Las Vegas___, ___Nevada___, ___89169___,
(city)                (state)           (zip code)

___(702) 796-5555___, ___mfeder@gordonsilver.com___.
(area code + telephone number)   (Email address)

4

Rev. 1/15

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

### APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____Michael N. Feder_____ as his/her/their Designated Resident Nevada Counsel in this case.
(name of local counsel)

_____
(party's signature)

__Adam R. Kelly, Assistant Secretary__
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

### CONSENT OF DESIGNEE
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

/s/ Michael N. Feder
Designated Resident Nevada Counsel's signature

NV Bar No. 7332          mfeder@gordonsilver.com
Bar number               Email address

**APPROVED** this 7th day of April, 2015.

_____
Gloria M. Navarro, Chief Judge
United States District Court

5

Rev. 1/15



# THE STATE BAR OF CALIFORNIA

MEMBER RECORDS & COMPLIANCE

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA 94105-1617　　　　TELEPHONE: 888-800-3400

## CERTIFICATE OF STANDING

February 19, 2015

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, ANTHONY MICHAEL STIEGLER, #126414 was admitted to the practice of law in this state by the Supreme Court of California on December 15, 1986; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Dina DiLoreto
Custodian of Membership Records